IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| § | | |
| SA-GA OPERATOR HOLDINGS, LLC § | CASE NO. 14-51287 | |
| § | | |
| DEBTOR. § | CHAPTER 11 | |

| | | |
|---|---|---|
| IN RE: § | | |
| § | | |
| CHC-CARROLLTON NURSING & § | | |
| REHAB CTR, LLC § | CASE NO. 14-51288 | |
| § | | |
| DEBTOR. § | CHAPTER 11 | |

| | | |
|---|---|---|
| IN RE: § | | |
| § | | |
| CHC-CEDAR VALLEY NURSING & § | | |
| REHAB CTR, LLC § | CASE NO. 14-51289 | |
| § | | |
| DEBTOR. § | CHAPTER 11 | |

| | | |
|---|---|---|
| IN RE: § | | |
| § | | |
| CHC-CHESTNUT RIDGE NURSING § | | |
| & REHAB CTR, LLC § | CASE NO. 14-51290 | |
| § | | |
| DEBTOR. § | CHAPTER 11 | |

| | | |
|---|---|---|
| IN RE: § | | |
| § | | |
| CHC-HARALSON NURSING & § | | |
| REHAB CTR, LLC § | CASE NO. 14-51291 | |
| § | | |
| DEBTOR. § | CHAPTER 11 | |

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **CHC-HART CARE CENTER, LLC** | § | **CASE NO. 14-51292** |
| | § | |
| DEBTOR. | § | **CHAPTER 11** |

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **CHC-PINE KNOLL NURSING &** | § | |
| **REHAB CTR, LLC** | § | **CASE NO. 14-51293** |
| | § | |
| DEBTOR. | § | **CHAPTER 11** |

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **CHC-ROSWELL NURSING &** | § | |
| **REHAB CTR, LLC** | § | **CASE NO. 14-51294** |
| | § | |
| DEBTOR. | § | **CHAPTER 11** |

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **CHC-SOCIAL CIRCLE NURSING &** | § | |
| **REHAB CTR, LLC** | § | **CASE NO. 14-51295** |
| | § | |
| DEBTOR. | § | **CHAPTER 11** |

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **CHC-UNIVERSITY NURSING &** | § | |
| **REHAB CTR, LLC** | § | **CASE NO. 14-51296** |
| | § | |
| DEBTOR. | § | **CHAPTER 11** |

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **CHC-WOODSTOCK NURSING &** | § | |
| **REHAB CTR, LLC** | § | **CASE NO. 14-51297** |
| | § | |
| DEBTOR. | § | **CHAPTER 11** |

# EMERGENCY MOTION FOR AUTHORITY TO MAINTAIN EXISTING BANK ACCOUNTS

SA-GA Operating Holdings, LLC, CHC-Carrollton Nursing & Rehab Ctr, LLC, CHC-Chestnut Ridge Nursing & Rehab Ctr, LLC, CHC-Cedar Valley Nursing & Rehab Ctr, LLC, CHC-Haralson Nursing & Rehab Ctr, LLC, CHC-Pine Knoll Nursing & Rehab Ctr, LLC, CHC-Roswell Nursing & Rehab Ctr, LLC, CHC-Social Circle Nursing & Rehab Ctr, LLC, CHC-University Nursing & Rehab Ctr, LLC, CHC-Woodstock Nursing & Rehab Ctr, LLC and CHC-Hart Care Center, LLC (collectively, the "Debtors"), as debtors and debtors-in-possession, file this emergency motion (the "Motion") pursuant to Sections 105(a) and 363(c) of the Bankruptcy Code[1] to request authority to maintain certain of the Debtors' existing deposit accounts. In support of this Motion, the Debtors respectfully state as follows:

## I. JURISDICTION & VENUE

1. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Consideration of this Motion is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue of this proceeding is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

## II. PROCEDURAL BACKGROUND

2. On October 17, 2014 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. A motion seeking the joint administration of the Debtors' Chapter 11 cases with their affiliates in *In re New Louisiana Holdings, LLC*, Case No. 14-50756, is being filed concurrently with this Motion. Pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code, each of the Debtors continues to manage its properties, affairs and assets as a debtor-in-possession.

---

[1] 11 U.S.C. §§ 101, *et seq*. Unless otherwise noted, all statutory references are to the Bankruptcy Code.

## III. FACTUAL BACKGROUND

3. The Debtors are Delaware and Georgia limited liability companies that were formed for the purpose of acquiring the operations of skilled nursing facilities in Georgia (the "Facilities"). On or about December 31, 2013, following mounting losses, the Debtors transferred the operations of the Facilities to unaffiliated third parties (the "New Operators") pursuant to the terms of an Operations Transfer Agreement, dated as of December 24, 2013 (the "Operations Transfer Agreement"). Following the cessation of the Debtors' operations of the Facilities, the Debtors have continued to try to collect outstanding accounts receivables arising from their operation of the Facilities prior to the transfer date.

## IV. RELIEF REQUESTED

4. The United States Trustee's operating guidelines for debtors-in-possession require debtors to: (i) close all existing bank accounts and open new debtor-in-possession bank accounts; (ii) establish one debtor-in-possession account for all estate monies required for the payment of taxes, including payroll taxes; (iii) maintain a separate debtor-in-possession account for cash collateral; and (iv) obtain checks for all debtor-in-possession accounts which bear the designation "Debtor-in-Possession." These requirements are designed to draw a clear distinction between pre- and post-petition transactions in order to prevent the inadvertent post-petition payment of pre-petition claims.

5. Prior to the Petition Date, SA-GA Operator Holdings, LLC ("SA-GA Holdings") maintained an operating account at Bank of America, which was used to process payments and disbursements for all of the Debtors as part of the Debtors' pre-petition cash management system. SA-PG Holdings and its subsidiary-Debtors also maintained deposit accounts at Bank of America which were designed to receive, among other payments, Medicare, Medicaid and other

government receivables (the "Deposit Accounts"). A chart setting forth the Deposit Accounts is attached hereto as **Exhibit A**.

6. Since the Petition Date, SA-GA Operator Holdings has closed its pre-petition operating account, and has opened a new debtor-in-possession account at Bank of America. However, the Debtors understand that if they close the Deposit Accounts, there will be a lengthy delay in connecting Medicare and other government payments to new debtor-in-possession bank accounts. As set forth above, notwithstanding the fact that the Debtors have ceased operating the Facilities, they continue to collect accounts receivable, including receivables from governmental agencies, in the Deposit Accounts. Consequently, the Debtors hereby request waiver of the requirement that it close these existing Deposit Accounts so that their efforts to collect receivables will not be impaired.

## V. BASIS FOR REQUESTED RELIEF

7. Section 105 of the Bankruptcy Code provides in pertinent part that "[t]he court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title." 11 U.S.C. § 105(a). The relief requested in this Motion is critical to the Debtors' successful reorganization or liquidation and is justified under section 105(a).

8. Extensive authority supports the relief the Debtors seek in this Motion. In numerous other chapter 11 cases throughout the Fifth Circuit, courts have recognized that strict enforcement of the United States Trustee requirements and section 345(b) of the Bankruptcy Code does not always serve the purposes of a chapter 11 case. Accordingly, courts have often waived such requirements and replaced them with alternative procedures. *See, e.g., In re Piccadilly Restaurants, LLC*, Case No. 12-51127 (Bankr. W.D.La Sep. 14, 2012) (Order (I) Authorizing Continued Use of Cash Management System, (II) Authorizing Use of Pre-Petition Bank Accounts and Business Forms, and (III) Waiving Requirements of 11 U.S.C. § 345(B)); *In*

*re Louisiana Riverboat Gaming Partnership, et al*, Case No. 12-12013 (Bankr. W.D.La July 31, 2012) (Order Authorizing Maintenance of Existing Bank Accounts, Continued Use of Existing Business Forms, Continued Use of Existing Cash Management System and For Related Relief); In re Bass, Ltd., Case No 11-51393 (Bankr. W.D.La. 2011); *In re T & M Aviation, Inc.*, Case No. 10-51520 (Bankr. W.D.La. 2010); *In re Louisiana Riverboat Gaming Partnership*, Case No. 08-10824 (Bankr. W.D.LA Mar. 13, 2008) (Amended Interim Order Authorizing Maintenance of Existing Bank Accounts, Continued Use of Existing Business Forms, Continued Use of Existing Cash Management System and For Related Relief); *In re Mirant Corp.*, Case No. 03-46590-DML-11 (Bankr. N.D.Tex. July. 16, 2003) (Order (i) Authorizing Continued Use of Existing (a) Cash Management System, (b) Bank Accounts and (c) Business Forms; (ii) Granting Interim Waiver of Investment and Deposit Requirements; and (iii) Granting Related Relief); *In re Kitty Hawk, Inc.*, Case No. 00-42141-BJH (Bankr. N.D. Tex. May 3, 2000) (Order Granting Motion for Order (1) Authorizing Continued Use of Existing Business Forms and Records; (2) Authorizing Maintenance of Existing Corporate Bank Accounts and Cash Management System; and (3) Extending Time to Comply with 11 U.S.C. § 345 Investment Guidelines).

## V. PRAYER

Accordingly, the Debtors request that the Court enter an order (i) granting the relief requested herein; and (ii) granting any further relief the Court deems appropriate.

Dated: October 24, 2014                    Respectfully submitted,

NELIGAN FOLEY LLP

By: */s/ Patrick J. Neligan, Jr.*
    Patrick J. Neligan, Jr.
    Texas State Bar No. 14866000
    pneligan@neliganlaw.com
    James P. Muenker
    Texas State Bar No. 24002659
    jmuenker@neliganlaw.com
325 N. St. Paul, Suite 3600
Dallas, Texas 75201
Telephone: 214-840-5300
Facsimile: 214-840-5301

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

*/s/ Jan M. Hayden*
Jan M. Hayden (#06672)
Erin E. Pelleteri (30666)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000
jhayden@bakerdonelson.com
epelleteri@bakerdonelson.com

**COUNSEL FOR THE DEBTORS**

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 24, 2014, a true and correct copy of the foregoing document was served on each of the persons named on the attached Service List by U.S. First Class Mail, postage prepaid. A copy of this Motion was also emailed to the U.S. Trustee.

                                    */s/ Patrick J. Neligan, Jr.*
                                    Patrick J. Neligan, Jr.

# EXHIBIT A

| BANK | DEBTOR | ACCOUNT NUMBER | PURPOSE |
|---|---|---|---|
| Bank of America | Operator Holdings | 3268591478 | Deposit |
| Bank of America | Carrollton | 3262641063 | Deposit |
| Bank of America | Cedar Valley | 3262641071 | Deposit |
| Bank of America | Chestnut | 3262641089 | Deposit |
| Bank of America | Haralson | 3262641097 | Deposit |
| Bank of America | Hart Care | 3262641105 | Deposit |
| Bank of America | Pine Knoll | 3262641113 | Deposit |
| Bank of America | Roswell | 3262641139 | Deposit |
| Bank of America | Social Circle | 3262641154 | Deposit |
| Bank of America | University | 3262641162 | Deposit |
| Bank of America | Woodstock | 3262641121 | Deposit |

# MASTER SERVICE LIST
*New Louisiana Holdings, LLC, et al.*

| **Debtor** | **Debtor's Counsel** |
|---|---|
| New Louisiana Holdings, LLC<br>Attn: Raymond P. Mulry<br>4 West Red Oak Lane, Suite 201<br>White Plains, NY 10604 | Neligan Foley LLP<br>Attn: Patrick J. Neligan, Jr.<br>325 N. St. Paul, Suite 3600<br>Dallas, TX 75201 |
| | Baker Donelson Bearman Caldwell & Berkowitz, PC<br>Attn: Jan M. Hayden<br>201 St. Charles Avenue, Suite 3600<br>New Orleans, LA 70170 |

**U.S. Trustee**

Office of the United States Trustee
300 Fannin Street, Suite 3196
Shreveport, LA 71101

**30 Largest Creditors on Consolidated Basis (Excluding Insiders)**

| | |
|---|---|
| Agency for Health Care Administration<br>P.O. box 13749<br>Tallahassee, FL 32317-3749 | Airgas USA, LLC<br>P.O. Box 532609<br>Atlanta, GA 30353-2609 |
| American Pharmaceutical Services<br>P.O. Box 102082<br>Atlanta, GA 30368-2082 | American Health Associates, Inc.<br>15712 SW 41st Street, Suite 16<br>Davie, FL 33331 |
| Bay Pharmacy<br>Omnicare Billing<br>P.O. Box 715268<br>Columbus, OH 43271-5268 | Belfor USA Group Inc.<br>185 Oakland Avenue, Suite 300<br>Birmingham, MI 48009-3433 |
| Bayfront Medical Center, Inc.<br>701 6th Street South<br>St. Petersburg, FL 33701 | Chicago Health Care Leasing LLC<br>455 N. Cityfront Plaza, Suite 15<br>Chicago, IL 60611 |
| Compos Medical Pharmacy<br>660 Distributors Row, Suite A &B<br>Jefferson, LA 70123 | CHC Labs Inc.<br>P.O. Box 277522<br>Atlanta, GA 30384-7522 |
| Department of Health and Hospitals<br>P.O. Box 3767<br>Baton Rouge, LA 70821-3767 | Direct Supply, Inc.<br>6767 N. Industrial Road<br>Milwaukee, WI 53223 |

80306v.2

Direct Supply Healthcare Equipment
P.O. Box 88201
Milwaukee, WI  53288-0201

Georgia Department of Community Health
2 Peachtree Street, NW
Atlanta, GA  30303

Health Services Group, Inc.
3220 Tillman Drive, Suite 300
Bensalem, PA  19020

Joerns Healthcare, Inc.
P.O. Box 933733
Atlanta, GA  31193

Karl Koch
Koch Law Firm
637 St. Ferdinand Street
Baton Rouge, LA  70802

Mobilex USA/Symphony Inc.
930 Ridgebrook Road, 3rd Floor
Sparks Glencoe, MD  21152

Liberty Ambulance Service Inc.
1626 Atlantic University Cir.
Jacksonville, FL  32207

Maintenance Warehouse
P.O. Box 509058
San Diego, CA  92150-9058

Medline Industries
P.O. Box 382075
Pittsburgh, PA  15251-8075

Medical Imaging, Inc.
5000 North West 27th Ct., Suite B
Gainesville, FL  32606

Omnicare Pharmacy
900 Omnicare Center
201 East Fourth Street
Cincinnati, OH  45202

Phelps Dunbar LLP
P.O. Box 974798
Dallas, TX  75397-4798

Palm Garden Health Care Inc.
2033 Main Street, Suite 300
Sarasota, FL  34237

Respiratory Health Services, LLC
P.O. Box 7247-6524
Philadelphia, PA  19170-6524

RK Collaborative
545 Delaney Avenue, Suite 7
Orlando, FL  32801

Recovercare LLC
Key Bank – LB #713222
895 Central Avenue, Suite 600
Cincinnati, OH  45202

U.S. Food Service
3682 Collection Center Drive
Chicago, IL  60693-0036

Vista Clinical Diagnostics, Inc.
4290 South Hwy.27, Suite 201
Clemont, FL  34711

**Creditors' Committee**

Healthcare Services Group, Inc.
Attn:  Patrick Orr
3220 Tillman Drive, Suite 300
Bensalem, PA  19020

Medline Industries, Inc.
Attn:  Shane Reed
1 Medline Place
Mundelein, IL  60060

Omnicare, Inc.
Attn:  Joann Billman
900 Omnicare Center
201 East Fourth Street
Cincinnati, OH  45202

80306v.2

**Counsel For Creditors' Committee**

Pepper Hamilton LLP
Attn: Francis J. Lawall
3000 Two Logan Square
Eighteenth and Arch Streetsw
Philadelphia, PA 19103-2799

**Parties Requesting Notice**

Robert M. Hirsh
Jordana L. Renert
Arent Fox LLP
1675 Broadway
New York, NY 10019

Robert Lapowsky
Stevens & Lee
1818 Market Street, 29th Floor
Philadelphia, PA 19103

Indian River County Tax Authority
Attn: Bankruptcy Department
P.O. Box 1509
Vero Beach, FL 32961-1509

Mildred Tagmeyer
c/o Eugene R. Preaus
Fowler Rodriguez
400 Poydras Street, 30th Floor
New Orleans, LA 70130

William H. Patrick III
Tristan Manthey
Cherie D. Nobles
Heller Draper Patrick Horn & Dabney LLC
650 Poydras Street, Suite 2500
New Orleans, LA 70130

Robert W. Jones
Brent R. McIlwain
Holland & Knight LLP
200 Crescent Court, Suite 1600
Dallas, TX 75201

Paul N. Debaillon
Debaillon & Miley
201A Travis Street
P.O. Box 51387
Lafayette, LA 70505

Joseph Corrigan
Iron Mountain Information
Management LLC
One Federal Street
Boston, MA 02110

Noel Steffes Melancon
William E. Steffes
Steffes, Vingiello & McKenize, LLC
13702 Coursey Blvd., Bldg. 3
Baton Rouge, LA 70817

Darryl J. Foster
Leland G. Horton
Bradley Murchison Kelly & Shea LLC
1100 Poydras Street, Suite 2700
New Orleans, LA 70163

Joseph P. Hebert
Liskow & Lewis
822 Harding Street
Lafayette, LA 70503

H. Kent Aguillard
P.O. Box 391
Eunice, LA 70535

80306v.2