IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| IN RE: | § | CHAPTER 11 |
|---|---|---|
| | § | |
| NEW LOUISIANA HOLDINGS, LLC, et al. | § | CASE NO. 14-50756 |
| | § | |
| DEBTORS. | § | (Jointly Administered) |

| IN RE: | § | |
|---|---|---|
| | § | |
| SA-GA OPERATOR HOLDINGS, LLC | § | CASE NO. 14-51287 |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

| IN RE: | § | |
|---|---|---|
| | § | |
| CHC-CARROLLTON NURSING & REHAB CTR, LLC | § | CASE NO. 14-51288 |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

| IN RE: | § | |
|---|---|---|
| | § | |
| CHC-CEDAR VALLEY NURSING & REHAB CTR, LLC | § | CASE NO. 14-51289 |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

| IN RE: | § | |
|---|---|---|
| | § | |
| CHC-CHESTNUT RIDGE NURSING & REHAB CTR, LLC | § | CASE NO. 14-51290 |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **CHC-HARALSON NURSING &** | § | |
| **REHAB CTR, LLC** | § | **CASE NO. 14-51291** |
| | § | |
| DEBTOR. | § | **CHAPTER 11** |

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **CHC-HART CARE CENTER, LLC** | § | **CASE NO. 14-51292** |
| | § | |
| DEBTOR. | § | **CHAPTER 11** |

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **CHC-PINE KNOLL NURSING &** | § | |
| **REHAB CTR, LLC** | § | **CASE NO. 14-51293** |
| | § | |
| DEBTOR. | § | **CHAPTER 11** |

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **CHC-ROSWELL NURSING &** | § | |
| **REHAB CTR, LLC** | § | **CASE NO. 14-51294** |
| | § | |
| DEBTOR. | § | **CHAPTER 11** |

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **CHC-SOCIAL CIRCLE NURSING &** | § | |
| **REHAB CTR, LLC** | § | **CASE NO. 14-51295** |
| | § | |
| DEBTOR. | § | **CHAPTER 11** |

| | |
|---|---|
| IN RE: § <br> § <br> **CHC-UNIVERSITY NURSING &** § <br> **REHAB CTR, LLC** §     **CASE NO. 14-51296** <br> § <br>     **DEBTOR.** §     **CHAPTER 11** | |

| | |
|---|---|
| IN RE: § <br> § <br> **CHC-WOODSTOCK NURSING &** § <br> **REHAB CTR, LLC** §     **CASE NO. 14-51297** <br> § <br>     **DEBTOR.** §     **CHAPTER 11** | |

**DEBTORS' MOTION FOR AN ORDER DIRECTING
THE JOINT ADMINISTRATION OF CHAPTER 11 CASES**

New Louisiana Holdings, LLC ("NLH"), and SA-GA Operator Holdings, LLC, CHC-Carrollton Nursing & Rehab Ctr., LLC, CHC-Cedar Ridge Nursing & Rehab Ctr, LLC, CHC-Chestnut Ridge Nursing & Rehab Ctr, LLC, CHC-Haralson Nursing & Rehab Ctr, LLC, CHC-Hart Care Ctr, LLC, CHC-Pine Knoll Nursing & Rehab Ctr, LLC, CHC-Roswell Nursing & Rehab Ctr, LLC, CHC-Social Circle Nursing & Rehab Ctr, LLC, CHC-University Nursing & Rehab Ctr, LLC, and CHC-Woodstock Nursing & Rehab Ctr, LLC (collectively, the "Georgia Debtors" and, together with NLH and its affiliated debtors, the "Debtors"), as debtors and debtors-in-possession, file this motion (the "Motion"), for the entry of an order pursuant to 11 U.S.C. § 105(a) and Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") directing the joint administration of their respective Chapter 11 cases. In support, the Debtors state as follows:

## I. JURISDICTION AND VENUE

1. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Consideration of this Motion is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue of this proceeding is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

## II. INTRODUCTION

2. Commencing on June 25, 2014, and periodically thereafter (as applicable, the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

3. Pursuant to orders entered on July 21, 2014, August 12, 2014 and September __, 2014, NLH's chapter 11 case is being jointly administered for procedural purposes with the chapter 11 cases of certain affiliated entities under Case No. 14-50756 (the "Main Case").

4. On October 17, 2014, the Georgia Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code. The Georgia Debtors are Delaware and Georgia limited liability companies that formerly operated various skilled nursing facilities in Georgia.

5. Pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code, the Debtors continue to manage their properties, affairs and assets as debtors-in-possession.

## III. RELIEF REQUESTED

6. By this Motion, the Debtors request the joint administration of their Chapter 11 cases for procedural purposes only, pursuant to 11 U.S.C. § 105(a) and Rule 1015(b) of the Bankruptcy Rules.

7. Section 105 provides that "the court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title." 11 U.S.C. § 105(a). Bankruptcy Rule 1015(b)(4) provides that:

> If a joint petition or two or more petitions are pending in the same court by or against ... a debtor and an affiliate, the court may order a joint administration of the estates.

Each of the Debtors is an "affiliate," as that term is defined in Section 101(2) of the Bankruptcy Code, of other debtors whose cases are currently being jointly administered in the Main Case.

8. In addition, the issues that will be addressed in these bankruptcy cases will, to some extent, be related and overlapping. Joint administration of these cases will obviate the need for duplicative notices, motions, applications, hearings, and orders, and will therefore save considerable time and expense for the Debtors, their estates and their investors and creditors.

9. Joint administration will not give rise to any conflict of interest among the Debtors' estates. The rights of the Debtors' respective creditors will not be adversely affected by the proposed joint administration because the Debtors will continue as separate and distinct legal entities and will continue to maintain separate books and records. Moreover, each creditor may file its claim against a particular estate. Each of the Debtors will file separate Schedules of Assets and Liabilities and Statements of Financial Affairs.

10. The rights of all creditors will be enhanced by the reduction in costs resulting from joint administration. The Court also will be relieved of the burden of scheduling duplicative hearings, entering duplicative orders and maintaining redundant files. Finally, supervision of the administrative aspects of these Chapter 11 cases by the Office of the United States Trustee will be simplified.

11. Joint administration of the above-captioned cases is in the Debtors' best interests, as well as those of their respective estates, creditors, and other parties in interest.

12. The Debtors propose that the following activities be joined for administrative purposes only:

(a) one disclosure statement and plan of reorganization may be (but is not required to be) filed for the Debtors' cases by any plan proponent;

(b) hearings in these jointly administered cases shall be joint hearings unless otherwise specified;

(c) one consolidated docket shall be kept by the Clerk, although separate claims registers will be maintained for each of the Debtors' cases.

13. The Debtors request that the cases of the Georgia Debtors be jointly administered under those under *In re New Louisiana Holdings, LLC, et al.*, Case No. 14-50756 (Jointly Administered).

14. The Debtors also seek the Court's direction that a notation be entered on the docket of each of the Georgia Debtors' cases to reflect the joint administration of these cases.

WHEREFORE, the Debtors respectfully request that the Court grant the Motion, direct the joint administration of their respective Chapter 11 cases, and grant such other and further relief as is just and proper.

Dated: October 24, 2014

Respectfully submitted,

NELIGAN FOLEY LLP

By: */s/ Patrick J. Neligan, Jr.*
  Patrick J. Neligan, Jr.
  Texas State Bar No. 14866000
  pneligan@neliganlaw.com
  James P. Muenker
  Texas State Bar No. 24002659
  jmuenker@neliganlaw.com
325 N. St. Paul, Suite 3600
Dallas, Texas 75201
Telephone: 214-840-5300
Facsimile: 214-840-5301

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

*/s/ Jan M. Hayden*
Jan M. Hayden (#06672)
Erin E. Pelleteri (30666)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000
jhayden@bakerdonelson.com
epelleteri@bakerdonelson.com

**COUNSEL FOR THE DEBTORS**

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 24, 2014, a true and correct copy of the foregoing document was served on each of the parties on the attached list by U.S. First Class Mail, postage prepaid.

*/s/ Patrick J. Neligan, Jr.*
Patrick J. Neligan, Jr.

# MASTER SERVICE LIST
*New Louisiana Holdings, LLC, et al.*

| **Debtor** | **Debtor's Counsel** |
|---|---|
| New Louisiana Holdings, LLC<br>Attn: Raymond P. Mulry<br>4 West Red Oak Lane, Suite 201<br>White Plains, NY 10604 | Neligan Foley LLP<br>Attn: Patrick J. Neligan, Jr.<br>325 N. St. Paul, Suite 3600<br>Dallas, TX 75201 |
| | Baker Donelson Bearman Caldwell & Berkowitz, PC<br>Attn: Jan M. Hayden<br>201 St. Charles Avenue, Suite 3600<br>New Orleans, LA 70170 |

**U.S. Trustee**

Office of the United States Trustee
300 Fannin Street, Suite 3196
Shreveport, LA 71101

**30 Largest Creditors on Consolidated Basis (Excluding Insiders)**

| | |
|---|---|
| Agency for Health Care Administration<br>P.O. box 13749<br>Tallahassee, FL 32317-3749 | Airgas USA, LLC<br>P.O. Box 532609<br>Atlanta, GA 30353-2609 |
| American Pharmaceutical Services<br>P.O. Box 102082<br>Atlanta, GA 30368-2082 | American Health Associates, Inc.<br>15712 SW 41st Street, Suite 16<br>Davie, FL 33331 |
| Bay Pharmacy<br>Omnicare Billing<br>P.O. Box 715268<br>Columbus, OH 43271-5268 | Belfor USA Group Inc.<br>185 Oakland Avenue, Suite 300<br>Birmingham, MI 48009-3433 |
| Bayfront Medical Center, Inc.<br>701 6th Street South<br>St. Petersburg, FL 33701 | Chicago Health Care Leasing LLC<br>455 N. Cityfront Plaza, Suite 15<br>Chicago, IL 60611 |
| Compos Medical Pharmacy<br>660 Distributors Row, Suite A &B<br>Jefferson, LA 70123 | CHC Labs Inc.<br>P.O. Box 277522<br>Atlanta, GA 30384-7522 |
| Department of Health and Hospitals<br>P.O. Box 3767<br>Baton Rouge, LA 70821-3767 | Direct Supply, Inc.<br>6767 N. Industrial Road<br>Milwaukee, WI 53223 |

80306v.2

14-51287 - #11  File 10/24/14  Enter 10/24/14 12:32:11  Main Document  Pg 8 of 10

Direct Supply Healthcare Equipment
P.O. Box 88201
Milwaukee, WI  53288-0201

Health Services Group, Inc.
3220 Tillman Drive, Suite 300
Bensalem, PA  19020

Karl Koch
Koch Law Firm
637 St. Ferdinand Street
Baton Rouge, LA  70802

Liberty Ambulance Service Inc.
1626 Atlantic University Cir.
Jacksonville, FL  32207

Medline Industries
P.O. Box 382075
Pittsburgh, PA  15251-8075

Omnicare Pharmacy
900 Omnicare Center
201 East Fourth Street
Cincinnati, OH  45202

Palm Garden Health Care Inc.
2033 Main Street, Suite 300
Sarasota, FL  34237

RK Collaborative
545 Delaney Avenue, Suite 7
Orlando, FL  32801

U.S. Food Service
3682 Collection Center Drive
Chicago, IL  60693-0036

Georgia Department of Community Health
2 Peachtree Street, NW
Atlanta, GA  30303

Joerns Healthcare, Inc.
P.O. Box 933733
Atlanta, GA  31193

Mobilex USA/Symphony Inc.
930 Ridgebrook Road, 3rd Floor
Sparks Glencoe, MD  21152

Maintenance Warehouse
P.O. Box 509058
San Diego, CA  92150-9058

Medical Imaging, Inc.
5000 North West 27th Ct., Suite B
Gainesville, FL  32606

Phelps Dunbar LLP
P.O. Box 974798
Dallas, TX  75397-4798

Respiratory Health Services, LLC
P.O. Box 7247-6524
Philadelphia, PA  19170-6524

Recovercare LLC
Key Bank – LB #713222
895 Central Avenue, Suite 600
Cincinnati, OH  45202

Vista Clinical Diagnostics, Inc.
4290 South Hwy.27, Suite 201
Clemont, FL  34711

**Creditors' Committee**

Healthcare Services Group, Inc.
Attn:  Patrick Orr
3220 Tillman Drive, Suite 300
Bensalem, PA  19020

Omnicare, Inc.
Attn:  Joann Billman
900 Omnicare Center
201 East Fourth Street
Cincinnati, OH  45202

Medline Industries, Inc.
Attn:  Shane Reed
1 Medline Place
Mundelein, IL  60060

80306v.2

**Counsel For Creditors' Committee**

Pepper Hamilton LLP
Attn: Francis J. Lawall
3000 Two Logan Square
Eighteenth and Arch Streetsw
Philadelphia, PA 19103-2799

**Parties Requesting Notice**

Robert M. Hirsh
Jordana L. Renert
Arent Fox LLP
1675 Broadway
New York, NY 10019

Robert Lapowsky
Stevens & Lee
1818 Market Street, 29th Floor
Philadelphia, PA 19103

Indian River County Tax Authority
Attn: Bankruptcy Department
P.O. Box 1509
Vero Beach, FL 32961-1509

Mildred Tagmeyer
c/o Eugene R. Preaus
Fowler Rodriguez
400 Poydras Street, 30th Floor
New Orleans, LA 70130

William H. Patrick III
Tristan Manthey
Cherie D. Nobles
Heller Draper Patrick Horn & Dabney LLC
650 Poydras Street, Suite 2500
New Orleans, LA 70130

Robert W. Jones
Brent R. McIlwain
Holland & Knight LLP
200 Crescent Court, Suite 1600
Dallas, TX 75201

Paul N. Debaillon
Debaillon & Miley
201A Travis Street
P.O. Box 51387
Lafayette, LA 70505

Joseph Corrigan
Iron Mountain Information
Management LLC
One Federal Street
Boston, MA 02110

Noel Steffes Melancon
William E. Steffes
Steffes, Vingiello & McKenize, LLC
13702 Coursey Blvd., Bldg. 3
Baton Rouge, LA 70817

Darryl J. Foster
Leland G. Horton
Bradley Murchison Kelly & Shea LLC
1100 Poydras Street, Suite 2700
New Orleans, LA 70163

Joseph P. Hebert
Liskow & Lewis
822 Harding Street
Lafayette, LA 70503

H. Kent Aguillard
P.O. Box 391
Eunice, LA 70535